**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Grain Incorporated, et al., | No. CV-18-03371-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Barkley Ag Enterprises LLC, et al., | |
| Defendants. | |
| Northern Agri Brands, LLC, | |
| Counterclaim Plaintiff, | |
| v. | |
| Arizona Plant Breeders, Inc., et al. | |
| Counterclaim Defendants. | |

      This Court has considered the Stipulation of Dismissal with Prejudice by Arizona Grain, Inc. and Arizona Plant Breeders, Inc. (the "APB Parties") and Northern Agri Brands, LLC ("NAB") As to One Another. (Doc. 205.) The Court has also considered Defendants Barkley Ag Enterprises, LLC and Barkley Seed, Inc.'s ("Barkley") Response seeking dismissal of Count I for lack of standing. (Doc. 206.) However, dismissal for lack of standing is more properly considered on a motion to dismiss under Federal Rule of Civil Procedure 12(b)(1). *Cetacean Comm. v. Bush*, 386 F.3d 1169, 1174 (9th Cir. 2004);

*Warren v. Fox Fam. Worldwide, Inc.*, 328 F.3d 1136, 1140 (9th Cir. 2003). For that reason, the Court will not decide the standing issue at this time.

Good cause appearing therefore,

**IT IS HEREBY ORDERED** granting the Stipulation of Dismissal with Prejudice (Doc. 205) filed by Arizona Grain, Inc. and Arizona Plant Breeders, Inc. (the "APB Parties"). All claims asserted by the APB Parties against Northern Agri Brands, LLC are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that all counterclaims asserted by Northern Agri Brands, LLC against Arizona Grain, Inc. and Arizona Plant Breeders, Inc. are hereby dismissed with prejudice.

Each party shall be responsible for its own attorneys' fees and costs associated with this litigation.

**IT IS FURTHER ORDERED** that Defendants Barkley Ag Enterprises, LLC and Barkley Seed, Inc. may file its motion as to Count I for lack of standing.

Dated this 5th day of October, 2021.

_____
G. Murray Snow
Chief United States District Judge